**Timothy D. Reuben [State Bar #94312]**
*tdr@rrbattorneys.com*
**Stephen L. Raucher [State Bar #162795]**
*sraucher@rrbatttorneys.com*
**Gregory P. Barchie [State Bar #235022]**
*gbarchie@rrbattorneys.com*
**REUBEN, RAUCHER & BLUM**
1100 Glendon Avenue, 10th Floor
Los Angeles, California 90024
Telephone: (310) 777-1990
Facsimile: (310) 777-1989

Attorneys for Plaintiff Gregory Scott Del Amo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY SCOTT DEL AMO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN BACCASH, an individual; NO CASH, INC.; a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 07-663-PSG(JWJx)<br><br>**HONORABLE PHILIP S. GUTIERREZ**<br><br>**[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>[Filed Concurrently with Plaintiff's Motion for Partial Summary Judgment, Memorandum of Points and Authorities, Declaration of Gregory P. Barchie and Notice of Manually Filed Exhibits]<br><br>Date: February 25, 2008<br>Time: 1:30 p.m.<br>Courtroom: 790 |

After consideration of the papers in support of and in opposition to Plaintiff Gregory Scott Del Amo's Motion for Partial Summary Judgment and the oral argument of counsel, the Court determines the following facts have been established as:

| **UNDISPUTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 1. Del Amo is a famous photographer and owns the intellectual property rights of his original photographs. Many of Del Amo's original photographs are available for viewing on www.babes.tv, ("Babes.tv") a website that he co-owns. For a monthly fee, members of Babes.tv can log onto the website to view and download images and videos created by Del Amo featuring famous adult performers. However, that monthly fee does not license Babes.tv's subscribers to use Del Amo's photographs for commercial purposes. | 1. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 2. Among his photographs are images of adult performers popularly known by the stage names Alaura Eden ("Eden"), Belladonna ("Belladonna"), Jade Hsu ("Hsu") and Sunny Leone ("Leone"). | 2. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 3. Moreover, clearly affixed on the homepage of Babes.tv is a copyright notice, thus notifying any person prior to | 3. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. |

| | |
|---|---|
| entering the website that the works contained therein, including all videos and photographs, are not in the public domain. | A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 4. Eden, Belladonna, Hsu and Leone each entered into an Artist Agreement and Release ("Artist Agreements") which grants Del Amo sole ownership of any image created under the terms of those agreements. Moreover, the Artist Agreements also granted Del Amo, among other things, the right to use, and to license others to use, Eden, Belladonna, Hsu and Leone's names and biographies and reproductions of their physical likenesses and/or voices for any commercial purpose in connection with any product, commodity, or service manufactured, distributed or offered by Del Amo. | 4. Del Amo's Artist Agreements with Eden, Belladonna, Hsu and Leone (Exs. A, B, C, D to Del Amo Decl.). |
| 5. Pursuant to these Artist Agreements, Del Amo created numerous works featuring Eden, Belladonna, Hsu and Leone, including the photographs referred to by the Complaint as "Alaurahallfem 024," "Alaurahallfem | 5. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No |

| | |
|---|---|
| 027,” “Alaurahallfem 052,” “Bellawall 048,” “Bellawall 053,” “Bellawall 068,” “Bellawall 082,” “Jadecouch 016,” “Jadecouch 039,” “Jadecouch 052,” “Jadecouch 062,” “Jadecouch 077,”“Jadecouch 084,” and “Sunnyleonehall 015.” These photographs are collectively referred to as the “Del Amo Photographs.” | Cash, Inc. (Ex. B to Barchie Decl.); Certificate of Registration of Copyright regarding, among other things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.).<br>Del Amo’s Artist Agreements with Eden, Belladonna, Hsu and Leone (Exs. A, B, C, D to Del Amo Decl.). Copies of the individual Del Amo Photographs titled “Alaurahallfem 024,” “Alaurahallfem 027,” “Alaurahallfem 052,” “Bellawall 048,” “Bellawall 053,” “Bellawall 068,” “Bellawall 082,” “Jadecouch 016,” “Jadecouch 039,” “Jadecouch 052,” “Jadecouch 062,” “Jadecouch 077,”“Jadecouch 084,” and “Sunnyleonehall 015.” (Del Amo Decl. at ¶¶6, 7, 8, 9 and Exs. E, F, G, H to Del Amo Decl.). |
| 6. The effective date of registration of all of the Del Amo Photographs is January 22, 2007. Pursuant to the Certificate of Registration of these works, the dates of first publication of the Del Amo Photographs are as follows: | 6. Certificate of Registration of Copyright regarding, among other things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.). |

| | |
|---|---|
| "Bellawall" series: June 24, 2003<br>"Alaurahallfem" series: June 27, 2003<br>"Jadecouch" series: July 25, 2003<br>"Sunnyleonehall" series: September 30, 2003 | |
| 7. With the exception of "Sunnyleonehall 015", Del Amo also made the Del Amo Photographs available on www.cloud9content.com ("Cloud 9"), another website he owned and for which he served as President, at approximately the same time they were made available on Babes.tv. | 7. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.)<br>Del Amo's Artist Agreements with Eden, Belladonna, Hsu and Leone (Exs. A, B, C, D to Del Amo Decl.). |
| 8. Cloud 9 offered non-exclusive licenses for many of Del Amo's photographs to be displayed on a third party's website, including the Del Amo Photographs featuring Eden, Belladonna and Hsu. | 8. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.) |
| 9. Use of Del Amo's images available on Cloud 9 was subject to a | 9. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 |

License Agreement ("License Agreement") that restricted a licensee from, among other things, using the images in any medium besides a website or distributing the images via any physical method. Also included as one of the terms of this License Agreement, the licensee was required to "**return one (1) copy of the signature page to Licensor, signed by an authorized party to this agreement, in order for the agreement to be binding**." In fact, conspicuously printed at the very top of the first page of the Licence Agreement, and in bold, underlined and italicized font, was the legend:

****Important - Print This Page, Sign and Fax With Your Order. Include your fax number so we can send you back a copy.***

Moreover, the License Agreement specifically stated that "[t]his agreement contains the entire agreement of the parties and there are no other promises or conditions in any other agreement whether oral or written. This agreement supercedes any prior written or oral agreements between the parties" and

propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); License Agreement produced by Defendants during parties' Rule 26 Conference on March 22, 2007 (Ex. D to Barchie Decl.).

See Del Amo Decl. ¶12.

| | |
|---|---|
| "Licensee acknowledged that unauthorized reproduction of copies of the licensed material may constitute a serious crime, and that such actions may also result in a suit for damages, injunctive relief and attorney fees, pursuant to this agreement and to other rights that the Licensor might have." | |
| 10. A link to the License Agreement was prominently displayed on Cloud 9's homepage, and a consumer did not have to log into the website to obtain a copy of the License Agreement. | 10. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); License Agreement produced by Defendants during parties' Rule 26 Conference on March 22, 2007 (Ex. D to Barchie Decl.). Cloud 9's homepage dated March 24, 2003 (Ex. I to Del Amo Decl.). |
| 11. With respect to the image "Sunnyleonehall 015," Leone's Artist Agreement specifically required that any images of her created by Del Amo could | 11. Del Amo's Artist Agreement with Leone (Ex. D to Del Amo Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and |

| | |
|---|---|
| only be manufactured, distributed, duplicated, displayed, transmitted, sold or advertised by Babes.tv, Leone's own personal website, www.sunnyleone.com, and another website, www.kellemarie.com. | 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.) |
| 12. The image "Sunnyleonehall 015" has never been made available for third parties to purchase a license for its commercial use. | 12. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.).<br>Del Amo's Artist Agreement with Leone (Ex. D to Del Amo Decl.). |
| 13. Defendant No Cash, Inc. owns BushDVD, a commercial website. | 13. Admitted in Defendants' Answer to Complaint, page 5, lines 18-20, ¶26 (Ex. E to Barchie Decl.). |
| 14. Defendant Norman Baccash is the owner, President and Chief Executive Officer of BushDVD and No Cash, Inc. | 14. Copy of letter dated January 4, 2007 from Plaintiff's counsel Timothy D. Reuben to Norman Baccash, attached as Exhibit P to Complaint, admitted in Defendants' Answer to Complaint, p. 7, lines 25-26, ¶43 (Exs. E, F to Barchie Decl.); |

| | |
|---|---|
| | Plaintiff's counsel Gregory P. Barchie's letter to Norman Baccash dated February 7, 2007 (Ex. G to Barchie Decl.); Norman Baccash's verification of No Cash, Inc.'s Further Responses to Requests for Admissions dated December 5, 2007 (Ex. H to Barchie Decl.). |
| 15. According to Defendants' own website, BushDVD is an online adult DVD rental service that advertises itself on its homepage as offering "one of the largest selections of adult DVDs" which can be rented "from the convenience of your home for a low monthly fee." | 15. Admitted in Defendants' Answer to Complaint, page 5, lines 21-22, ¶27 (Ex. E to Barchie Decl.); BushDVD's homepage dated January 2, 2007 featuring the Del Amo Photograph "Sunnyleonehall 015" (Ex. I to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.) |
| 16. BushDVD operates much like the popular website Netflix. According to a link on its own website titled "How Does It Work?," members can browse for adult | 16. Admitted in Defendants' Answer to Complaint, page 5, lines 23-24, ¶28 (Ex. E to Barchie Decl.); BushDVD's webpage titled "How |

| | |
|---|---|
| DVDs offered by BushDVD for rental and place as many as they want into a personalized queue with just the click of a button. BushDVD then mails the member DVDs from his or her queue. When the member is finished viewing these DVDs, BushDVD's website claims that they are returned via mail to BushDVD in a prepaid envelope. As soon as BushDVD receives the returned DVDs, they mail the next available DVDs from the member's queue that same day. | Does It Work?" (Ex. J to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 17. BushDVD offers different features and services to encourage membership and help its members find various titles. A link entitled "Join Today" is prominently featured on nearly every one of BushDVD's webpages, often as a banner link across top of the webpage. BushDVD also promotes the DVDs offered on their website providing photo galleries of adult performers, including Eden, Belladonna, Hsu and Leone. Accompanying these photo galleries are images of the covers of the performer's newest titles. With the simple click of a | 17. Admitted in Defendants' Answer to Complaint, page 5-6, lines 25-26, 1-4, 7-8, ¶¶29-30, 32 (Ex. E to Barchie Decl.); The webpage www.bushdvd.com/home.asp, dated January 3, 2007, which features the link "Join Today" accompanied by Del Amo's image "Jadecouch 077," and the link "ZOOM" accompanied by Del Amo's image "Bellawall 068" (Ex. K to Barchie Decl.); BushDVD's webpage www.bushdvd.com/member_login.asp?caller=member_home.asp, dated |

mouse, members can add these titles to their queue for future rental. In addition to the images of DVD covers, each photo gallery also offers a link entitled "Complete List" that allows a member to browse all available titles starring the featured performer. According to its own website, BushDVD is also "the only Adult DVD rental service to offer zoomable DVD covers," which enables a member to enlarge the images on the cover of a DVD offered by BushDVD. BushDVD heavily promotes this unique feature, and a link titled "ZOOM – Click here to try" is prominently featured on nearly every one of its webpages and right below the equally prominent "Join Today" link.

January 2, 2007, which features the banner link "Join Today" that is accompanied by Del Amo's image "Jadecouch 039" (Ex. L to Barchie Decl.); BushDVD's webpages dated January 2, 2007 and January 3, 2007, of photo galleries of Eden, Belladonna and Hsu (Ex. M to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.).

18. "Sunnyleonehall 015" was displayed on BushDVD's homepage. Moreover, "Sunnyleonehall 015" was the <u>only</u> image displayed on BushDVD's homepage.

18. Admitted in Defendants' Answer to Complaint, p. 8, lines 5-6, ¶45 (Ex. E to Barchie Decl.); BushDVD's homepage dated January 2, 2007 featuring the Del Amo Photograph "Sunnyleonehall 015" (Ex. I to Barchie Decl.); Plaintiff's responses to Special Interrogatories

| | |
|---|---|
| | Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); Certificate of Registration of Copyright regarding, among other things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.). Copy of the Del Amo Photograph titled "Sunnyleonehall 015" (Ex. H to Del Amo Decl.). |
| 19. BushDVD used Del Amo's photograph "Jadecouch 077" in connection with its prominently featured link, "Join Today." | 19. Admitted in Defendants' Answer to Complaint, p. 8, lines 7-9, ¶46 (Ex. E to Barchie Decl.); The webpage <u>www.bushdvd.com/home.asp</u>, dated January 3, 2007, which features the link "Join Today" accompanied by Del Amo's image "Jadecouch 077" (Ex. K to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 |

| | |
|---|---|
| | and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); Certificate of Registration of Copyright regarding, among other things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.).<br>Copy of the Del Amo Photograph titled "Jadecouch 077" (Ex. G to Del Amo Decl.). |
| 20. BushDVD enclosed Del Amo's photograph "Jadecouch 039" within the "Join Today" banner link that was splashed across the top of many of its webpages. | 20. Admitted in Defendants' Answer to Complaint, p. 8, lines 7-9, ¶46 (Ex. E to Barchie Decl.); BushDVD's webpage www.bushdvd.com/member_login.asp?caller=member_home.asp, dated January 2, 2007, which features the banner link "Join Today" that is accompanied by Del Amo's image "Jadecouch 039" (Ex. L to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); Certificate of Registration of |

| | |
|---|---|
| | Copyright regarding, among other things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.).<br>Copy of the Del Amo Photograph titled "Jadecouch 039" (Ex. G to Del Amo Decl.). |
| 21. BushDVD's heavily promoted feature, "ZOOM," misappropriated yet another of Del Amo's photographs, "Bellawall 068." | 21. Admitted in Defendants' Answer to Complaint, p. 8, lines 7-9, ¶46 (Ex. E to Barchie Decl.); BushDVD's webpage www.bushdvd.com/home.asp, which features the link "ZOOM" accompanied by Del Amo's image "Bellawall 068" (directly below the "Join Today" link that misappropriates Del Amo's image "Jadecouch 077") (Ex. K to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); Certificate of Registration of Copyright regarding, among other |

| | |
|---|---|
| | things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.).<br><br>Copy of the Del Amo Photograph titled "Bellawall 068" (Ex. E to Del Amo Decl.). |
| 22. Del Amo's photographs also constituted the entirety of images displayed in BushDVD's photo galleries of Eden, Belladonna and Hsu that are used to promote rentals of their newest DVDs. Within these galleries, BushDVD displayed 11 of the Del Amo Photographs – "Alaurahallfem 027," "Alaurahallfem 024," "Alaurahallfem 052," "Bellawall 053," "Bellawall 048," "Bellawall 068" (the same photograph used in connection with the "Zoom" link),"Bellawall 082," "Jadecouch 016," "Jadecouch 062," "Jadecouch 077" (the same image used in connection with the link "Join Today), and "Jadecouch 084." | 22. Admitted in Defendants' Answer to Complaint, p. 8, lines 7-9, ¶46 (Ex. E to Barchie Decl.); BushDVD's webpages of photo galleries of Eden, Belladonna and Hsu (Ex. M to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); Certificate of Registration of Copyright regarding, among other things, the Del Amo Photographs dated January 22, 2007 (Ex. C to Barchie Decl.).<br><br>Copies of the Del Amo Photographs titled "Alaurahallfem 027," "Alaurahallfem 024," |

| | |
|---|---|
| | "Alaurahallfem 052," "Bellawall 053," "Bellawall 048," "Bellawall 068," "Bellawall 082," "Jadecouch 016," "Jadecouch 062," "Jadecouch 077," and "Jadecouch 084" (Exs. E, F, G to Del Amo Decl.). |
| 23. On January 2, 2007, Del Amo contacted BushDVD's customer service department requesting a representative from the website contact him regarding the appropriation of his photographs without his prior approval and consent. | 23. Copy of email dated January 2, 2007 from Gregory Scott Del Amo to BushDVD's customer service department, attached as Exhibit N to Complaint, admitted in Defendants' Answer to Complaint, p. 7, lines 14-15, ¶40 (Exs. E, N to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 24. On January 3, 2007, Baccash contacted Del Amo via email, and admitted that BushDVD did not own "Sunnyleone 015" and would remove the photograph from the website. However, Baccash continued to deny that | 24. Copy of email dated January 3, 2007 from Norman Baccash to Gregory Scott Del Amo, attached as Exhibit O to Complaint, admitted in Defendants' Answer to Complaint, p. 7, lines 20-24, ¶42 (Exs. E, O to |

| | |
|---|---|
| BushDVD misappropriated any of Del Amo's images of Belladonna, Hsu and Eden. | Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 25. On January 4, 2007, Del Amo's counsel demanded that BushDVD cease and desist its misappropriation of Del Amo's photographs of Eden, Hsu, Belladonna and Leone. | 25. Copy of letter dated January 4, 2007 from Plaintiff's counsel Timothy D. Reuben to Norman Baccash, attached as Exhibit P to Complaint, admitted in Defendants' Answer to Complaint, p. 7, lines 25-26, ¶43 (Exs. E, F to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 26. On January 9, 2007, Baccash responded to Del Amo's counsel via email and openly admitted that Del Amo "owned a handful of images that appear | 26. Copy of an email dated January 9, 2007 from Norman Baccash to Plaintiff's counsel Timothy D. Reuben, attached as Exhibit Q to |

| | |
|---|---|
| on our website . . . I will tell you, that us using your client's images was an oversight on our part." With respect to "Sunnyleonehall 015," which BushDVD removed from its homepage on January 3, 2007, Baccash affirmatively admitted that it was in fact owned by Del Amo. "We made a mistake and chose [an image] that belonged to your client. For that mistake I apologize to your client." (Emphases added). | Complaint, admitted in Defendants' Answer to Complaint, p. 8, lines 1-4, ¶44; (Exs. E, P to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 27. On March 22, 2007, despite its clear terms regarding the return of a signature page, Defendants voluntarily produced a blank, unsigned License Agreement as evidence that it purchased a license to display the Del Amo Photographs during the parties' Rule 26 Conference. | 27. License Agreement produced by Defendants on March 22, 2007 during the parties' Rule 26 conference (Ex. D to Barchie Decl., ¶12 to Del Amo Decl.); Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.). |
| 28. In response to discovery, Defendants also admitted that they did not own the copyright for any of the Del | 28. No Cash, Inc.'s Further Responses (verified by Norman Baccash) to Requests for Admission |

| | |
|---|---|
| Amo Photographs, nor did they have a signed license agreement to display them on BushDVD. | Nos. 3, 10, 17, 24, 31, 38, 45, 52, 59, 66, 73, 80, 87, and 97 propounded by Gregory Scott Del Amo (Ex. Q to Barchie Decl.); Norman Baccash's responses to Requests for Admission Nos. 1, 6, 11, 16, 21, 26, 31, 36, 41, 46, 51, 56, 61, and 66 propounded by Gregory Scott Del Amo (Ex. R to Barchie Decl.); |
| 29. Defendants admitted that the Del Amo Photographs featuring Hsu, Eden and Belladonna were displayed on BushDVD from 2004 to 2007, and the Del Amo Photograph "Sunnyleonehall 015" was displayed on BushDVD from 2006 to 2007. | 29. Norman Baccash's responses to Requests for Admissions Nos. 2, 7, 12, 17, 22, 27, 32, 37, 42, 47, 52, 57, and 62 propounded by Gregory Scott Del Amo (Ex. R to Barchie Decl.); Norman Baccash's responses to Interrogatories Nos. 1-14 propounded by Gregory Scott Del Amo (Ex. S to Barchie Decl.); Admitted in Defendants' Answer to Complaint, p. 8, lines 5-9, ¶¶45-46 (Ex. E to Barchie Decl.). |
| 30. Defendants admitted that the likenesses of Hsu, Eden, Belladonna and Leone are readily identifiable in the Del Amo Photographs. | 30. Norman Baccash's responses to Requests for Admission Nos. 4, 9, 14, 19, 24, 34, 39, 44, 49, 54, 59, 64, and 70 propounded by Gregory Scott Del Amo (Ex. R to Barchie Decl.); No |

| | |
|---|---|
| | Cash, Inc.'s responses to Requests for Admissions Nos. 5, 12, 19, 26, 33, 40, 47, 54, 61, 68, 75, 82, 89, and 96 propounded by Gregory Scott Del Amo (Ex. T to Barchie Decl.). |
| 31. With respect to the image "Sunnyleonehall 015," Defendants also affirmatively admitted that they had no record of payment to display the image, and that they never obtained consent from Del Amo or Leone to display Leone's likeness on BushDVD. | 31. Norman Baccash's responses to Requests for Admissions Nos. 69 and 71 propounded by Gregory Scott Del Amo (Ex. R to Barchie Decl.); No Cash, Inc.'s responses to Requests for Admissions Nos. 94, 95, and 97 propounded by Gregory Scott Del Amo (Exs. Q, T to Barchie Decl.). |
| 32. As for the rest of the Del Amo Photographs featuring Hsu, Eden and Belladonna, Defendants evaded any Request for Admission that inquired into whether or not they have any record of payment for a license to display these images, and responded as follows: "Responding party paid a fee for such image through Plaintiff's company, Cloud 9 Content, Inc.'s website. Said website was services by a third-party internet fee processor who managed and maintained Cloud 9 Content's e- | 32. No Cash, Inc.'s responses to Requests for Admissions Nos. 4, 11, 18, 25, 32, 39, 46, 53, 60, 67, 74, 81 and 88 propounded by Gregory Scott Del Amo (Ex. T to Barchie Decl.). |

| | |
|---|---|
| commerce and collected fees for the purchase of the use of the image in question. Responding party has made a discovery demand to Plaintiff seeking information identifying Cloud 9 Content's third party internet fee processor(s) so that Responding party can identify the charges made by this internet fee processor(s) for the use of the images. Until such time, Responding party does not have the necessary information to either admit or deny this request" | |
| 33. Del Amo also has no signed License Agreement from No Cash, Inc., Baccash, BushDVD or Blowout, Inc. (another company affiliated with Defendants) which, pursuant to its own terms, was required for the licensee to return to the licensor for the License Agreement to be binding. | 33. Plaintiff's responses to Special Interrogatories Nos. 1, 3 and 5 propounded by Norman Baccash (Ex. A to Barchie Decl.); Plaintiff's responses to Special Interrogatories Nos. 10, 12 and 14 propounded by No Cash, Inc. (Ex. B to Barchie Decl.); License Agreement produced by Defendants on March 22, 2007 during the parties' Rule 26 conference (Ex. D to Barchie Decl., ¶12 to Del Amo Decl.). |
| 34. On June 21, 2007, Defendants produced, among other things, electronic | 34. See Barchie Decl. at ¶22. |

| | |
|---|---|
| copies of the Del Amo Photographs featuring Alaura Eden, Jade Hsu and Belladonna on a CD-ROM. However, the individual Del Amo Photograph "Sunnyleonehall 015" was not included on this CD-ROM. | |
| 35. The unauthorized use of Hsu, Eden, Belladonna and Leone's likenesses by BushDVD negatively impacts and dilutes the full value that Del Amo can receive for his interest in their likenesses. | 35. See Del Amo Decl. at ¶14. |

## CONCLUSIONS OF LAW

1. Partial Summary Judgment in connection with the first claim for relief of the Complaint for copyright infringement against Defendants No Cash, Inc. and Baccash shall be entered in favor of Del Amo consistent herewith, for the following reasons:

a. Del Amo has made prima facie showing of the validity of the copyright to the Del Amo Photographs and his ownership of that copyright. See Apple Computer, Inc. v. Formula Int'l., 725 F.2d 521, 523 (9th Cir. 1984).

b. Del Amo has established "that [each of the Del Amo Photographs] was independently created by the author (as opposed to copied from other works), and that [they] possess[] at least some minimal degree of creativity." Ets-Hokin v. Skyy Spirits, Inc. 225 F.3d 1068, 1076 (9th Cir. 2000), quoting Feist Pub., Inc. v. Rural Tel. Serv. Co., Inc., 499 U.S. 340, 345, 111 S.Ct. 1282, 113 L.Ed.2d 358 (1991).

c. Defendants copied and had access to the Del Amo Photographs

when images identical to the Del Amo Photographs were displayed by Defendants on BushDVD, a website owned by No Cash, Inc. Twentieth Century Fox Film Corp. v. MCA, Inc., 715 F.2d 1327, 1330 (9th Cir. 1983).

d. Pursuant to the clear language of the License Agreement, a licensee's signature was a condition precedent for the Licence Agreement to be completed and binding on any party. Cal. Civ. Code §1582; see also Anthony Macaroni Co. Nunziato, 5 Cal.App.2d 588, 589, 43 P.2d 315 (1935); Nakatskasa v. Wade, 128 Cal.App.2d 86, 91, 274 P.2d 918 (1954); Helperin v. Guzzardi, 108 Cal.App.2d 125, 128, 238 P.2d 141 (1951). Therefore, pursuant to California law and absent their signatures on the License Agreement, Defendants do not have an express license agreement to display the Del Amo Photographs on BushDVD.

e. An implied, nonexclusive copyright license does not exist if a license agreement has been manifested in a writing, and the purported licensee is informed that the usage of a copyrighted work is impermissible absent the execution of that writing. See Silva v. Providence Hosp. of Oakland, 14 Cal.2d 762, 773, 97 P.2d 798 (1939); See Civil Code §§1621, 1619 ("a contract is either express or implied"); Effects Associates, Inc. v. Cohen, 908 F.2d 555, 559, n.7 (9th Cir. 1990), citing Landsberg v. Scrabble Crossword Game Players, Inc., 802 F.2d 1193, 1199 (9th Cir. 1986); see Foad Consulting Group, Inc. v. Azzalino, 270 F.3d 821, 830, n.15 (9th Cir. 2001). Thus, because Defendants were informed that they were not permitted to use the Del Amo Photographs absent their signatures on the written Licence Agreement, the existence of an implied, nonexclusive license to use those images cannot be supported.

f. Baccash, as owner, President and Chief Executive Officer of No Cash, Inc. and BushDVD, is vicariously liable for copyright infringement because he had the right and ability to supervise the No Cash, Inc.'s infringing

conduct, and he has "an obvious and direct financial interest in the exploitation of copyrighted materials," which were used by BushDVD as a draw for customers and to attract subscribers. Shapiro, Bernstein & Co. v. H.L. Green Co., 316 F.2d 304, 307 (2nd Cir. 1963); see also Ellison v. Robertson, 357 F.3d 1072, 1076, 1078 (9th Cir. 2004). Moreover, Baccash is contributorily liable for copyright infringement because he had knowledge that BushDVD was misappropriating the Del Amo Photographs, and had personal control over what images would be displayed on BushDVD. Gershwin Publishing Corp. v. Columbia Artists Management, Inc., 443 F.2d 1159, 1162 (2nd Cir. 1971); see Lewis Galoob Toys, Inc. v. Nintendo of Am., Inc., 964 F.2d 965, 970 (9th Cir. 1992).

2. Partial Summary Judgment in connection with the second claim for relief of the Complaint for misappropriation of publicity rights under the California Civil Code §3344 shall be entered in favor of Del Amo consistent herewith, for the following reasons:

a. Pursuant to the Artist Agreements, Del Amo was assigned the publicity rights of Hsu, Eden, Belladonna and Leone in connection with the Del Amo Photographs. KNB Enterprises v. Matthews, 78 Cal.App.4th 362, 365, 92 Cal.Rptr.2d 713, 715 (2000), citing Lugosi v. Universal Pictures, 25 Cal.3d 813, 820, 823, 160 Cal.Rptr. 323 (1979).

b. Hsu, Eden, Belladonna and Leone are readily identifiable in the Del Amo Photographs displayed on BushDVD.

c. Defendants displayed the Del Amo Photographs on BushDVD for commercial purposes and without obtaining Del Amo's consent as the holder of the models' publicity rights.

DATED: February ___, 2008

_______________________________
Hon. Philip S. Gutierrez
United States District Judge

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **1100 Glendon Avenue, Tenth Floor, Los Angeles, California 90024**.

On **January 22, 2008**, I served the foregoing document described as **[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Ryan Alexander, Esq.
Alexander, Odunze & Kang LLP
5516 South Fort Apache Road, Suite 120
Las Vegas, Nevada 89148
Telephone: (702) 538-7956
Facsimile: (702) 538-7980

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for ming in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 22, 2008**, at Los Angeles, California.

Nathalie Quach