**Timothy D. Reuben [State Bar #94312]**
*tdr@rrbattorneys.com*
**Stephen L. Raucher [State Bar #162795]**
*sraucher@rrbatttorneys.com*
**Gregory P. Barchie [State Bar #235022]**
*gbarchie@rrbattorneys.com*
**REUBEN, RAUCHER & BLUM**
1100 Glendon Avenue, 10th Floor
Los Angeles, California 90024
Telephone: (310) 777-1990
Facsimile: (310) 777-1989

Attorneys for Plaintiff Gregory Scott Del Amo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY SCOTT DEL AMO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN BACCASH, an individual; NO CASH, INC.; a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 07-663-PSG(JWJx)<br><br>**HONORABLE PHILIP S. GUTIERREZ**<br><br>**DECLARATION OF GREGORY SCOTT DEL AMO IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 25, 2008<br>Time: 1:30 p.m.<br>Courtroom: 790<br><br>Discovery Cutoff: January 2,2008<br>Pretrial Conf.: March 17, 2008<br>Trial Date: April 1, 2008 |

**DECLARATION OF GREGORY SCOTT DEL AMO**

1. I am the Plaintiff in the instant case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. A true and correct copy of the Artist Agreement and Release between myself and Belladonna ("Belladonna") is attached as Exhibit A.

3. A true and correct copy of the Artist Agreement and Release between myself and Alaura Eden ("Eden") is attached as Exhibit B.

4. A true and correct copy of the Artist Agreement and Release between myself and Jade Hsu ("Hsu") is attached as Exhibit C.

5. A true and correct copy of the Artist Agreement and Release between myself and Sunny Leone ("Leone") is attached as Exhibit D.

6. Pursuant to my Artist Agreement with Belladonna, I created, among other things, the photographs featuring Belladonna titled "Bellawall048," "Bellawall053," "Bellawall068," and "Bellawall082." True and correct copies of these photographs of Belladonna are attached as Exhibit E.

7. Pursuant to my Artist Agreement with Eden, I created, among other things, the photographs featuring Eden titled "Alaurahallfem 024," "Alaurahallfem 027," and "Alaurahallfem 052." True and correct copies of these photographs of Eden are attached as Exhibit F.

8. Pursuant to my Artist Agreement with Hsu, I created, among other things, the photographs featuring Hsu titled "Jadecouch 016," "Jadecouch 039," "Jadecouch 052," "Jadecouch 062," "Jadecouch 077," and "Jadecouch 084." True and correct copies of these photographs of Hsu are attached as Exhibit G.

9. Pursuant to my Artist Agreement with Leone, I created, among other things, the photograph featuring Leone titled "Sunnyleonehall 015." A true and correct copy of this photograph of Leone is attached as Exhibit H.

10. The photographs attached as Exhibits E, F, G and H are collectively

referred to as "the Del Amo Photographs."

11. In addition, Exhibits E, F, G and H are attached separately to the concurrently filed Notice of Manual Filing of Exhibits because they are not conducive to e-filing.

12. The License Agreement produced by Defendants on March 22, 2007 and attached as Exhibit D to the Declaration of Gregory P. Barchie in support of the instant Motion for Partial Summary Judgment is a true and correct copy of the agreement that licensees were required to sign and return in order to obtain a license to use my photographs that were available on my website, www.cloud9content.com ("Cloud 9").

13. A true and correct copy of the homepage of Cloud 9 dated March 24, 2003 is attached as Exhibit I.

14. Defendants' unauthorized use of the Del Amo Photographs has negatively impacted and diluted the full value of my property rights in these photographs as the copyright owner copyright and holder of the publicity rights of Belladonna, Hsu, Eden and Leone's likenesses embodied these photographs.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 19 day of January 2008, ~~at~~ Almeria, Spain.

Gregory Scott Del Amo

# ARTIST AGREEMENT AND RELEASE

F THE DATE WRITTEN BELOW, FOR GOOD AND VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE ARTIST, WHOSE NAME IS SET FORTH BELOW, EBY AGREES AS FOLLOWS:

*1. SERVICES.* ON BEHALF OF PRODUCER (WHOSE NAME IS SET FORTH BELOW), ARTIST WILL RENDER SERVICES AS AN ACTOR IN THE MOTION PICTURE TENTATIVELY TITLED: __________ (HEREINAFTER REFERRED TO AS THE "PICTURE") AND ARTIST HEREBY EES TO RENDER SUCH SERVICES ON AN EXCLUSIVE BASIS UNTIL THE COMPLETION OF THE PRINCIPLE PHOTOGRAPHY OF THE PICTURE.

ARTIST SHALL PERFORM IN GOOD FAITH AND TO THE BEST OF ARTISTS ABILITY, IN A MANNER AND AT THE TIMES AND PLACES DIRECTED BY PRODUCER, ALL OF THE VICES REQUIRED BY THE PRODUCER HEREUNDER (INCLUDING BUT NOT LIMITING TO, PRE-PRODUCTION SERVICES, SERVICES IN CONNECTION WITH PRINCIPLE PHOTOGRAPHY OF THE TURE, POST-PRODUCTION SERVICES, INCLUDING RETAKES, AND SUCH OTHER SERVICES AS ARE CUSTOMARILY PERFORMED OR REQUIRED TO BE PERFORMED BY AN ACTOR IN A ION PICTURE PHOTOPLAY) AND TO COMPLY WITH ALL REASONABLE DIRECTIONS, REQUESTS, RULES AND REGULATIONS OF PRODUCER IN CONNECTION THEREWITH, WHETHER OR THE SAME INVOLVE MATERS OF ARTISTIC TASTE OR JUDGMENT POST PRODUCTION.

*2. GRANT OF RIGHTS.* ARTIST GRANTS TO PRODUCER, AND ALL HIS ASSIGNS, THE FOLLOWING PERPETUAL AND EXCLUSIVE RIGHTS:(1) TO PHOTOGRAPH OR ERWISE REPRODUCE ALL OR ANY PART OF THE ARTIST'S PERFORMANCES, ACTS, POSES, PLAYS AND APPEARANCES OF EVERY KIND AND NATURE MADE OR DONE BY ARTIST IN NECTION WITH THE PICTURE (HEREINAFTER THE "PERFORMANCE");(2) TO RECORD OR OTHERWISE REPRODUCE ARTIST'S VOICE AND ALL MUSICAL, INSTRUMENTAL OR OTHER ND EFFECTS PRODUCED BY ARTIST (HEREINAFTER THE "AUDIO PORTION") IN CONNECTION WITH THE PICTURE, AND REPRODUCE, ISSUE, SELL AND TRANSMIT THE SAME, EITHER ARATELY OR IN CONJUNCTION WITH THE PERFORMANCE, OR ANY PART THEREOF;(3) TO EXHIBIT, SELL, ASSIGN, TRANSMIT, AND REPRODUCE, AND LICENSE OTHERS SO TO DO EITHER BY MEANS OF MOTION PICTURE, STILL CAMERA PHOTOGRAPHS, RADIO, TELEVISION, TELEVISED MOTION PICTURES, VIDEO DISCS, VIDEO CASSETTES, VIDEO TAPES, TING OR ANY OTHER MEANS NOW KNOWN OR UNKNOWN) ANY AND ALL OF THE PERFORMANCE AND/OR AUDIO PORTION;(4) TO USE THE PERF[illegible]MANCE AND/OR AUDIO PORTION IN NECTION WITH THE ADVERTISING AND EXPLOITATION OF THE PICTURE, INCLUDING, WITHOUT LIMITATION, THE CREATION OF PREVIEWS [illegible] TRAILERS, ONE-SHEETS, FLYERS, ALOGUES AND COVERS OR WRAPPERS OF SOUND TRACK RECORDINGS, DISKS TAPES, AND/OR AUDIO CASSETTES, AND IN CONNECTION WIT[illegible]E SALE OF ANY BY-PRODUCTS [illegible] CHANDISING RELATING TO THE PICTURE, AND ANY CHARACTERS, THEME, PLOT OR OTHER ELEMENTS OR RIGHTS THEREIN CONTAINED[illegible] USE THE PERFORMANCE AND/OR IO PORTION, OR ANY PART THEREOF, AS A PORTION OF A MOTION PICTURE OR OTHER WORK OTHER THAN THE MOTION PICTURE, AND F[illegible] ADVERTISING THEREOF, AND IN NECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISE RELATING THERETO, AND TO REPRODUCE AND/OR TRANSMIT THE SAME [illegible]N ANY MEDIA(S) TO CUT, EDIT, TO, SUBTRACT FROM, ARRANGE, REARRANGE, SHORTEN AND REVISE THE PERFORMANCE AND AUDIO PORTION AND THE PICTURE IN ANY MA[illegible] AS PRODUCER MAY, IN ITS SOLE COMPLETE DISCRETION, DETERMINE AND, FROM TIME TO TIME, TO CHANGE THE TITLE THEREOF.

ARTIST FURTHER GRANTS TO PRODUCER THE PERPETUAL BUT NON EXCLUSIVE RIGHT TO USE, AND TO LICENSE OTHERS TO USE, ARTIST'S NAME AND BIOGRAPHY AND RODUCTIONS OF ARTIST'S PHYSICAL LIKENESS AND/OR VOICE FOR THE PURPOSES OF ADVERTISING AND EXPLOITING ANY WORK EMBODYING THE PERFORMANCE AND/OR AUDIO TION, AND THE RIGHT TO USE ANY OF THE RIGHTS HEREIN GRANTED FOR COMMERCIAL ADVERTISING OR PUBLICITY (INCLUDING ENDORSEMENTS) IN CONNECTION WITH ANY DUCT, COMMODITY OR SERVICE MANUFACTURED, DISTRIBUTED OR OFFERED BY PRODUCER.

ARTIST HEREBY ASSIGNS AND GRANTS TO PRODUCER, AND ITS ASSIGNS, EXCLUSIVELY AND PERPETUALLY, ALL NOW OR HEREAFTER EXISTING RIGHTS OF EVERY KIND OR RACTER WHATSOEVER, WHETHER OR NOT SUCH RIGHT ARE NOW KNOWN, RECOGNIZED OR CONTEMPLATED, AND THE COMPLETE UNCONDITIONAL AND UNENCUMBERED TITLE OUGHOUT THE WORLD IN AND TO THE RESULTS AND PROCEEDS OF ARTIST'S SERVICES AND PERFORMANCES PURSUANT TO THIS AGREEMENT, AND ANY AND ALL MATERIAL, CH WRITINGS, IDEAS, "GAGS", CHARACTERS CREATED, OR DIALOGUE COMPOSED, SUBMITTED OR INTERPOLATED BY ARTIST IN CONNECTION WITH THE PREPARATION OF DUCTION OF THE PICTURE (HEREINAFTER REFERRED TO AS "MATERIAL"). ALL SAID MATERIAL, AND THE COPYRIGHT THEREIN, IS HEREBY CONVEYED TO PRODUCER.

IN CONNECTION WITH THE MARKETING OF THE PICTURE, ARTIST GRANTS PRODUCER THE RIGHT TO USE ARTIST'S STAGE NAME, AND ANY OTHER STAGE NAMES THAT THE IST HAS USED IN THE PAST OR MAY USE IN THE FUTURE, INCLUDING THOSE WHICH MAY BE TRADEMARKED.

ARTIST WILL, AT PRODUCERS REQUEST, EXECUTE SUCH ASSIGNMENTS, CERTIFICATES OR OTHER INSTRUMENTS AS PRODUCER MAY, FROM TIME TO TIME, DEEM ESSARY OR DESIRABLE TO EVIDENCE, ESTABLISH, MAINTAIN, PROTECT, ENFORCE, OR DEFEND ITS RIGHT OR TITLE IN OR TO SUCH MATERIAL. IF ARTIST SHALL FAIL TO EXECUTE DELIVER TO PRODUCER ANY SUCH ASSIGNMENT, CERTIFICATE OR OTHER INSTRUMENT REQUIRED BY PRODUCER HEREUNDER, THAN PRODUCER IS HEREBY IRREVOCABLY INTED ARTIST'S ATTORNEY-IN FACT (WHICH APPOINTMENT SHALL BE DEEMED COUPLED WITH AN INTEREST) WITH FULL RIGHT OF SUBSTITUTION AND POWER AND AUTHORITY TO CUTE, ACKNOWLEDGE, VERIFY AND DELIVER THE SAME IN THE NAME OF AND ON BEHALF OF ARTIST.

ARTIST AGREES THAT PRODUCER MAY, BY THE USE OF THE SERVICES OF OTHERS "DOUBLE" OR "DUB" ANY ACTS, POSES PLAYS, APPEARANCES, VOICE OR SOUND EFFECTS RIBUTED, OR TO BE ATTRIBUTED, TO THE CHARACTER PORTRAYED BY THE ARTIST IN THE PICTURE IN SUCH CIRCUMSTANCES AS PRODUCER, IN ITS SOLE AND COMPLETE RETION, SHALL DEEM NECESSARY.

PRODUCER SHALL HAVE THE RIGHT TO ISSUE PUBLICITY CONCERNING ARTIST AND TO ISSUE PHOTOGRAPHS OF ARTIST AND TO AFFIX SUCH PUBLICITY AND/OR PHOTOGRAPHS T PURPORTS TO BE ARTIST SIGNATURE AND MAY OPEN FAN MAIL AND ALL OTHER CORRESPONDENCE ADDRESSED TO ARTIST.

*3. WAIVERS.* ARTIST UNDERSTANDS AND AGREES THAT:(1) THE PERFORMANCE AND/OR AUDIO PORTION MAY BE UTILIZED IN CONJUNCTION WITH SEXUALLY GRAPHIC OF LICIT MATERIAL (ANY SEX SCENE INVOLVING ARTIST MAY BE SIMULATED OR ACTUAL, AT ARTIST'S SOLE DISCRETION, AND WITHOUT ANY CHANGE IN COMPENSATION[illegible] DUCER SHALL HAVE NO OBLIGATION TO RELEASE OR COMPLETE THE PICTURE, OR TO EVER UTILIZE THE PERFORMANCE AND/OR THE AUDIO PORTION(3) ARTIST SHALL HAVE NO IT TO INSPECT OR APPROVE THE FINISHED PRODUCT, OR ITS USE IN THE PICTURE OR IN ANY OTHER WORK;(4) ARTIST RELEASES PRODUCER AND HIS EMPLOYER, EMPLOYEES AND IR ASSIGNS FROM ANY LIABILITY FOR AND BY VIRTUE OF BLURRING, DISTORTING, ALTERATION, RETOUCHING, OPTICAL ILLUSION, OR USE OF THE PERFORMANCE AND/OR AUDIO TION WHICH MAY HOLD ARTIST IN A FALSE OR UNFAVORABLE LIGHT, WHETHER SUCH ACTION IS INTENTIONAL OR OTHERWISE.

EREBY CERTIFY AND REPRESENT THAT I AM OVER THE AGE OF 18, THAT I AM AN INDEPENDENT CONTRACTOR, AND I AM FULLY SPONSIBLE FOR ANY AND ALL TAXES AND LIABILITIES PERTAINING TO ME AND MY COMPENSATION FOR MY SERVICES, AND THAT I VE READ THE FOREGOING AND FULLY UNDERSTAND THE MEANING AND EFFECT THEREOF AND, INTENDING TO BE LEGALLY UND, I SET MY HAND THIS 3rd DAY OF April, 20 02.

| PRODUCER | ARTIST |
|---|---|
| ________ PRINT NAME | [signature] SIGN REAL NAME |
| ________ SIGN NAME | Michelle A. [illegible] PRINT REAL NAME |
| TIST'S ADDRESS ________ | Bellandonna SIGN STAGE NAME |
| Y ________ STATE ____ ZIP ____ | Bellandonna PRINT STAGE NAME |
| TIST PHONE NO. ( ) ________ | SOC SEC. NO. 116 - 72 - 28[illegible] |

IVE BEEN COMPENSATED AS FOLLOWS $ ________ SIGNATURE [signature]

EXHIBIT A

4

Martin Eden

# ARTIST AGREEMENT AND RELEASE

AS OF THE DATE WRITTEN BELOW, FOR GOOD AND VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE ARTIST, WHOSE NAME IS SET FORTH BELOW, HEREBY AGREES AS FOLLOWS

*1. SERVICES* ON BEHALF OF PRODUCER (WHOSE NAME IS SET FORTH BELOW), ARTIST WILL RENDER SERVICES AS AN ACTOR IN THE MOTION PICTURE TENTATIVELY ENTITLED N/A (HEREINAFTER REFERRED TO AS THE "PICTURE") AND ARTIST HEREBY AGREES TO RENDER SUCH SERVICES ON AN EXCLUSIVE BASIS UNTIL THE COMPLETION OF THE PRINCIPLE PHOTOGRAPHY OF THE PICTURE.

ARTIST SHALL PERFORM IN GOOD FAITH AND TO THE BEST OF ARTISTS ABILITY, IN A MANNER AND AT THE TIMES AND PLACES DIRECTED BY PRODUCER, ALL OF THE SERVICES REQUIRED BY THE PRODUCER HEREUNDER (INCLUDING BUT NOT LIMITING TO, PRE-PRODUCTION SERVICES, SERVICES IN CONNECTION WITH PRINCIPLE PHOTOGRAPHY OF THE PICTURE, POST-PRODUCTION SERVICES, INCLUDING RETAKES, AND SUCH OTHER SERVICES AS ARE CUSTOMARILY PERFORMED OR REQUIRED TO BE PERFORMED BY AN ACTOR IN A MOTION PICTURE PHOTOPLAY) AND TO COMPLY WITH ALL REASONABLE DIRECTIONS, REQUESTS, RULES AND REGULATIONS OF PRODUCER IN CONNECTION THEREWITH, WHETHER OR NOT THE SAME INVOLVE MATERS OF ARTISTIC TASTE OR JUDGMENT POST PRODUCTION

*2. GRANT OF RIGHTS.* ARTIST GRANTS TO PRODUCER, AND ALL HIS ASSIGNS, THE FOLLOWING PERPETUAL AND EXCLUSIVE RIGHTS (1) TO PHOTOGRAPH OR OTHERWISE REPRODUCE ALL OR ANY PART OF THE ARTIST'S PERFORMANCES, ACTS, POSES, PLAYS AND APPEARANCES OF EVERY KIND AND NATURE MADE OR DONE BY ARTIST IN CONNECTION WITH THE PICTURE (HEREINAFTER THE "PERFORMANCE")(2) TO RECORD OR OTHERWISE REPRODUCE ARTIST'S VOICE AND ALL MUSICAL, INSTRUMENTAL OR OTHER SOUND EFFECTS PRODUCED BY ARTIST (HEREINAFTER THE "AUDIO PORTION") IN CONNECTION WITH THE PICTURE, AND REPRODUCE ISSUE, SELL AND TRANSMIT THE SAME, EITHER SEPARATELY OR IN CONJUNCTION WITH THE PERFORMANCE, OR ANY PART THEREOF(3) TO EXHIBIT, SELL, ASSIGN, TRANSMIT, AND REPRODUCE, AND LICENSE OTHERS SO TO DO (WHETHER BY MEANS OF MOTION PICTURE, STILL CAMERA PHOTOGRAPHS, RADIO, TELEVISION, TELEVISED MOTION PICTURES, VIDEO DISKS, VIDEO CASSETTES, VIDEO TAPES, PRINTING, OR ANY OTHER MEANS NOW KNOWN OR UNKNOWN) ANY AND ALL OF THE PERFORMANCE AND/OR AUDIO PORTION(4) TO USE THE PERFORMANCE AND/OR AUDIO PORTION IN CONNECTION WITH THE ADVERTISING AND EXPLOITATION OF THE PICTURE, INCLUDING, WITHOUT LIMITATION, THE CREATION OF PREVIEWS AND TRAILERS, ONE-SHEETS, FLYERS, CATALOGUES AND COVERS OR WRAPPERS OF SOUND TRACK RECORDINGS, DISKS TAPES AND/OR AUDIO CASSETTES, AND IN CONNECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISING RELATING TO THE PICTURE, AND ANY CHARACTERS, THEME, PLOT OR OTHER ELEMENTS OR RIGHTS THEREIN CONTAINED,(5) TO USE THE PERFORMANCE AND/OR AUDIO PORTION, OR ANY PART THEREOF, AS A PORTION OF A MOTION PICTURE OR OTHER WORK OTHER THAN THE MOTION PICTURE, AND FOR THE ADVERTISING THEREOF, AND IN CONNECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISE RELATING THERETO, AND TO REPRODUCE AND/OR TRANSMIT THE SAME BY AND IN ANY MEDIA(6) TO CUT, EDIT, ADD TO, SUBTRACT FROM, ARRANGE, REARRANGE, SHORTEN AND REVISE THE PERFORMANCE AND AUDIO PORTION AND THE PICTURE IN ANY MANNER AS PRODUCER MAY, IN ITS SOLE AND COMPLETE DISCRETION, DETERMINE AND, FROM TIME TO TIME, TO CHANGE THE TITLE THEREOF

ARTIST FURTHER GRANTS TO PRODUCER THE PERPETUAL BUT NON EXCLUSIVE RIGHT TO USE, AND TO LICENSE OTHERS TO USE, ARTIST'S NAME AND BIOGRAPHY AND REPRODUCTIONS OF ARTIST'S PHYSICAL LIKENESS AND/OR VOICE FOR THE PURPOSES OF ADVERTISING AND EXPLOITING ANY WORK EMBODYING THE PERFORMANCE AND/OR AUDIO PORTION, AND THE RIGHT TO USE ANY OF THE RIGHTS HEREIN GRANTED FOR COMMERCIAL ADVERTISING OR PUBLICITY (INCLUDING ENDORSEMENTS) IN CONNECTION WITH ANY PRODUCT, COMMODITY OR SERVICE MANUFACTURED, DISTRIBUTED OR OFFERED BY PRODUCER.

ARTIST HEREBY ASSIGNS AND GRANTS TO PRODUCER, AND ITS ASSIGNS, EXCLUSIVELY AND PERPETUALLY, ALL NOW OR HEREAFTER EXISTING RIGHTS OF EVERY KIND OR CHARACTER WHATSOEVER, WHETHER OR NOT SUCH RIGHT ARE NOW KNOWN, RECOGNIZED OR CONTEMPLATED, AND THE COMPLETE UNCONDITIONAL AND UNENCUMBERED TITLE THROUGHOUT THE WORLD IN AND TO THE RESULTS AND PROCEEDS OF ARTIST'S SERVICES AND PERFORMANCES PURSUANT TO THIS AGREEMENT, AND ANY AND ALL MATERIAL, WORKS, WRITINGS, IDEAS, "GAGS", CHARACTERS CREATED, OR DIALOGUE COMPOSED, SUBMITTED OR INTERPOLATED BY ARTIST IN CONNECTION WITH THE PREPARATION OF PRODUCTION OF THE PICTURE (HEREINAFTER REFERRED TO AS "MATERIAL") ALL SAID MATERIAL AND THE COPYRIGHT THEREIN IS HEREBY CONVEYED TO PRODUCER.

IN CONNECTION WITH THE MARKETING OF THE PICTURE, ARTIST GRANTS PRODUCER THE RIGHT TO USE ARTIST'S STAGE NAME, AND ANY OTHER STAGE NAMES THAT THE ARTIST HAS USED IN THE PAST OR MAY USE IN THE FUTURE, INCLUDING THOSE WHICH MAY BE TRADEMARKED

ARTIST WILL, AT PRODUCERS REQUEST, EXECUTE SUCH ASSIGNMENTS, CERTIFICATES OR OTHER INSTRUMENTS AS PRODUCER MAY, FROM TIME TO TIME, DEEM NECESSARY OR DESIRABLE TO EVIDENCE, ESTABLISH, MAINTAIN, PROTECT, ENFORCE, OR DEFEND ITS RIGHT OR TITLE IN OR TO SUCH MATERIAL. IF ARTIST SHALL FAIL TO EXECUTE OR DELIVER TO PRODUCER ANY SUCH ASSIGNMENT, CERTIFICATE OR OTHER INSTRUMENT REQUIRED BY PRODUCER HEREUNDER, THAN PRODUCER IS HEREBY IRREVOCABLY APPOINTED ARTIST'S ATTORNEY-IN FACT (WHICH APPOINTMENT SHALL BE DEEMED COUPLED WITH AN INTEREST) WITH FULL RIGHT OF SUBSTITUTION AND POWER AND AUTHORITY TO EXECUTE, ACKNOWLEDGE, VERIFY AND DELIVER THE SAME IN THE NAME OF AND ON BEHALF OF ARTIST

ARTIST AGREES THAT PRODUCER MAY, BY THE USE OF THE SERVICES OF OTHERS "DOUBLE" OR "DUB" ANY ACTS, POSES PLAYS, APPEARANCES, VOICE OR SOUND EFFECTS ATTRIBUTED, OR TO BE ATTRIBUTED, TO THE CHARACTER PORTRAYED BY THE ARTIST IN THE PICTURE IN SUCH CIRCUMSTANCES AS PRODUCER, IN ITS SOLE AND COMPLETE DISCRETION, SHALL DEEM NECESSARY

PRODUCER SHALL HAVE THE RIGHT TO ISSUE PUBLICITY CONCERNING ARTIST AND TO ISSUE PHOTOGRAPHS OF ARTIST AND TO AFFIX SUCH PUBLICITY AND/OR PHOTOGRAPHS WHAT PURPORTS TO BE ARTIST SIGNATURE AND MAY OPEN FAN MAIL AND ALL OTHER CORRESPONDENCE ADDRESSED TO ARTIST

*3. WAIVERS* ARTIST UNDERSTANDS AND AGREES THAT(1) THE PERFORMANCE AND/OR AUDIO PORTION MAY BE UTILIZED IN CONJUNCTION WITH SEXUALLY GRAPHIC OR EXPLICIT MATERIAL (ANY SEX SCENE INVOLVING ARTIST MAY BE SIMULATED OR ACTUAL, AT ARTIST'S SOLE DISCRETION, AND WITHOUT ANY CHANGE IN COMPENSATION)(2) PRODUCER SHALL HAVE NO OBLIGATION TO RELEASE OR COMPLETE THE PICTURE, OR TO EVER UTILIZE THE PERFORMANCE AND/OR THE AUDIO PORTION(3) ARTIST SHALL HAVE NO RIGHT TO INSPECT OR APPROVE THE FINISHED PRODUCT, OR ITS USE IN THE PICTURE OR IN ANY OTHER WORK(4) ARTIST RELEASES PRODUCER AND HIS EMPLOYER, EMPLOYEES AND OTHER ASSIGNS FROM ANY LIABILITY FOR AND BY VIRTUE OF BLURRING, DISTORTING, ALTERATION, RETOUCHING, OPTICAL ILLUSION, OR USE OF THE PERFORMANCE AND/OR AUDIO PORTION WHICH MAY HOLD ARTIST IN A FALSE OR UNFAVORABLE LIGHT, WHETHER SUCH ACTION IS INTENTIONAL OR OTHERWISE

**I HEREBY CERTIFY AND REPRESENT THAT I AM OVER THE AGE OF 18, THAT I AM AN INDEPENDENT CONTRACTOR, AND I AM FULLY RESPONSIBLE FOR ANY AND ALL TAXES AND LIABILITIES PERTAINING TO ME AND MY COMPENSATION FOR MY SERVICES, AND THAT I HAVE READ THE FOREGOING AND FULLY UNDERSTAND THE MEANING AND EFFECT THEREOF AND, INTENDING TO BE LEGALLY BOUND, I SET MY HAND THIS** [illegible] **DAY OF** [illegible] **, 20** [illegible]

| PRODUCER | ARTIST |
| --- | --- |
| Sal del Arno<br>PRINT NAME | [illegible]<br>SIGN REAL NAME |
| [signature]<br>SIGN NAME | [illegible]<br>PRINT REAL NAME |
| ARTIST'S ADDRESS [illegible] | [illegible]<br>SIGN STAGE NAME |
| CITY [illegible] STATE CA ZIP [illegible] | MARTIN EDEN<br>PRINT STAGE NAME |
| ARTIST PHONE NO ( [illegible] ) [illegible] | SOC SEC. NO. [illegible] |
| I HAVE BEEN COMPENSATED AS FOLLOWS $ 0 | SIGNATURE [signature] |

EXHIBIT B

# ARTIST AGREEMENT AND RELEASE

AS OF THE DATE WRITTEN BELOW, FOR GOOD AND VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE ARTIST, WHOSE NAME IS SET FORTH BELOW, HEREBY AGREES AS FOLLOWS

***1. SERVICES*** ON BEHALF OF PRODUCER (WHOSE NAME IS SET FORTH BELOW), ARTIST WILL RENDER SERVICES AS AN ACTOR IN THE MOTION PICTURE TENTATIVELY ENTITLED: N/A (HEREINAFTER REFERRED TO AS THE "PICTURE") AND ARTIST HEREBY AGREES TO RENDER SUCH SERVICES ON AN EXCLUSIVE BASIS UNTIL THE COMPLETION OF THE PRINCIPLE PHOTOGRAPHY OF THE PICTURE. ARTIST SHALL PERFORM IN GOOD FAITH AND TO THE BEST OF ARTISTS ABILITY, IN A MANNER AND AT THE TIMES AND PLACES DIRECTED BY PRODUCER, ALL OF THE SERVICES REQUIRED BY THE PRODUCER HEREUNDER (INCLUDING BUT NOT LIMITING TO, PRE-PRODUCTION SERVICES, SERVICES IN CONNECTION WITH PRINCIPLE PHOTOGRAPHY OF THE PICTURE, POST-PRODUCTION SERVICES, INCLUDING RETAKES, AND SUCH OTHER SERVICES AS ARE CUSTOMARILY PERFORMED OR REQUIRED TO BE PERFORMED BY AN ACTOR IN A MOTION PICTURE PHOTOPLAY) AND TO COMPLY WITH ALL REASONABLE DIRECTIONS, REQUESTS, RULES AND REGULATIONS OF PRODUCER IN CONNECTION THEREWITH, WHETHER OR NOT THE SAME INVOLVE MATERS OF ARTISTIC TASTE OR JUDGMENT POST PRODUCTION

***2. GRANT OF RIGHTS.*** ARTIST GRANTS TO PRODUCER, AND ALL HIS ASSIGNS, THE FOLLOWING PERPETUAL AND EXCLUSIVE RIGHTS (1) TO PHOTOGRAPH OR OTHERWISE REPRODUCE ALL OR ANY PART OF THE ARTIST'S PERFORMANCES, ACTS, POSES, PLAYS AND APPEARANCES OF EVERY KIND AND NATURE MADE OR DONE BY ARTIST IN CONNECTION WITH THE PICTURE (HEREINAFTER THE "PERFORMANCE")(2) TO RECORD OR OTHERWISE REPRODUCE ARTIST'S VOICE AND ALL MUSICAL, INSTRUMENTAL OR OTHER SOUND EFFECTS PRODUCED BY ARTIST (HEREINAFTER THE "AUDIO PORTION") IN CONNECTION WITH THE PICTURE, AND REPRODUCE, ISSUE, SELL AND TRANSMIT THE SAME, EITHER SEPARATELY OR IN CONJUNCTION WITH THE PERFORMANCE, OR ANY PART THEREOF(3) TO EXHIBIT, SELL, ASSIGN, TRANSMIT, AND REPRODUCE, AND LICENSE OTHERS SO TO DO (WHETHER BY MEANS OF MOTION PICTURE, STILL CAMERA PHOTOGRAPHS, RADIO, TELEVISION, TELEVISED MOTION PICTURES, VIDEO DISKS, VIDEO CASSETTES, VIDEO TAPES, PRINTING, OR ANY OTHER MEANS NOW KNOWN OR UNKNOWN) ANY AND ALL OF THE PERFORMANCE AND/OR AUDIO PORTION,(4) TO USE THE PERFORMANCE AND/OR AUDIO PORTION IN CONNECTION WITH THE ADVERTISING AND EXPLOITATION OF THE PICTURE, INCLUDING, WITHOUT LIMITATION, THE CREATION OF PREVIEWS AND TRAILERS, ONE-SHEETS, FLYERS, CATALOGUES AND COVERS OR WRAPPERS OF SOUND TRACK RECORDINGS, DISKS TAPES, AND/OR AUDIO CASSETTES, AND IN CONNECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISING RELATING TO THE PICTURE, AND ANY CHARACTERS, THEME, PLOT OR OTHER ELEMENTS OR RIGHTS THEREIN CONTAINED;(5) TO USE THE PERFORMANCE AND/OR AUDIO PORTION, OR ANY PART THEREOF, AS A PORTION OF A MOTION PICTURE OR OTHER WORK OTHER THAN THE MOTION PICTURE, AND FOR THE ADVERTISING THEREOF, AND IN CONNECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISE RELATING THERETO, AND TO REPRODUCE AND/OR TRANSMIT THE SAME BY AND IN ANY MEDIA(6) TO CUT, EDIT, ADD TO, SUBTRACT FROM, ARRANGE, REARRANGE, SHORTEN AND REVISE THE PERFORMANCE AND AUDIO PORTION AND THE PICTURE IN ANY MANNER AS PRODUCER MAY, IN ITS SOLE AND COMPLETE DISCRETION, DETERMINE AND, FROM TIME TO TIME, TO CHANGE THE TITLE THEREOF.

ARTIST FURTHER GRANTS TO PRODUCER THE PERPETUAL BUT NON EXCLUSIVE RIGHT TO USE, AND TO LICENSE OTHERS TO USE, ARTIST'S NAME AND BIOGRAPHY AND REPRODUCTIONS OF ARTIST'S PHYSICAL LIKENESS AND/OR VOICE FOR THE PURPOSES OF ADVERTISING AND EXPLOITING ANY WORK EMBODYING THE PERFORMANCE AND/OR AUDIO PORTION, AND THE RIGHT TO USE ANY OF THE RIGHTS HEREIN GRANTED FOR COMMERCIAL ADVERTISING OR PUBLICITY (INCLUDING ENDORSEMENTS) IN CONNECTION WITH ANY PRODUCT, COMMODITY OR SERVICE MANUFACTURED, DISTRIBUTED OR OFFERED BY PRODUCER.

ARTIST HEREBY ASSIGNS AND GRANTS TO PRODUCER, AND ITS ASSIGNS, EXCLUSIVELY AND PERPETUALLY, ALL NOW OR HEREAFTER EXISTING RIGHTS OF EVERY KIND OR CHARACTER WHATSOEVER, WHETHER OR NOT SUCH RIGHT ARE NOW KNOWN, RECOGNIZED OR CONTEMPLATED, AND THE COMPLETE UNCONDITIONAL AND UNENCUMBERED TITLE THROUGHOUT THE WORLD IN AND TO THE RESULTS AND PROCEEDS OF ARTIST'S SERVICES AND PERFORMANCES PURSUANT TO THIS AGREEMENT, AND ANY AND ALL MATERIAL, WORKS, WRITINGS, IDEAS, "GAGS", CHARACTERS CREATED, OR DIALOGUE COMPOSED, SUBMITTED OR INTERPOLATED BY ARTIST IN CONNECTION WITH THE PREPARATION OF PRODUCTION OF THE PICTURE (HEREINAFTER REFEREED TO AS "MATERIAL") ALL SAID MATERIAL AND THE COPYRIGHT THEREIN, IS HEREBY CONVEYED TO PRODUCER.

IN CONNECTION WITH THE MARKETING OF THE PICTURE, ARTIST GRANTS PRODUCER THE RIGHT TO USE ARTIST'S STAGE NAME, AND ANY OTHER STAGE NAMES THAT THE ARTIST HAS USED IN THE PAST OR MAY USE IN THE FUTURE, INCLUDING THOSE WHICH MAY BE TRADEMARKED.

ARTIST WILL, AT PRODUCERS REQUEST, EXECUTE SUCH ASSIGNMENTS, CERTIFICATES OR OTHER INSTRUMENTS AS PRODUCER MAY, FROM TIME TO TIME, DEEM NECESSARY OR DESIRABLE TO EVIDENCE, ESTABLISH, MAINTAIN, PROTECT, ENFORCE, OR DEFEND ITS RIGHT OR TITLE IN OR TO SUCH MATERIAL. IF ARTIST SHALL FAIL TO EXECUTE OR DELIVER TO PRODUCER ANY SUCH ASSIGNMENT, CERTIFICATE OR OTHER INSTRUMENT REQUIRED BY PRODUCER HEREUNDER, THAN PRODUCER IS HEREBY IRREVOCABLY APPOINTED ARTIST'S ATTORNEY-IN FACT (WHICH APPOINTMENT SHALL BE DEEMED COUPLED WITH AN INTEREST) WITH FULL RIGHT OF SUBSTITUTION AND POWER AND AUTHORITY TO EXECUTE, ACKNOWLEDGE, VERIFY AND DELIVER THE SAME IN THE NAME OF AND ON BEHALF OF ARTIST

ARTIST AGREES THAT PRODUCER MAY, BY THE USE OF THE SERVICES OF OTHERS "DOUBLE" OR "DUB" ANY ACTS, POSES PLAYS, APPEARANCES, VOICE OR SOUND EFFECTS ATTRIBUTED, OR TO BE ATTRIBUTED, TO THE CHARACTER PORTRAYED BY THE ARTIST IN THE PICTURE IN SUCH CIRCUMSTANCES AS PRODUCER, IN ITS SOLE AND COMPLETE DISCRETION, SHALL DEEM NECESSARY.

PRODUCER SHALL HAVE THE RIGHT TO ISSUE PUBLICITY CONCERNING ARTIST AND TO ISSUE PHOTOGRAPHS OF ARTIST AND TO AFFIX SUCH PUBLICITY AND/OR PHOTOGRAPHS WHAT PURPORTS TO BE ARTIST SIGNATURE AND MAY OPEN FAN MAIL AND ALL OTHER CORRESPONDENCE ADDRESSED TO ARTIST.

***3. WAIVERS*** ARTIST UNDERSTANDS AND AGREES THAT(1) THE PERFORMANCE AND/OR AUDIO PORTION MAY BE UTILIZED IN CONJUNCTION WITH SEXUALLY GRAPHIC OR EXPLICT MATERIAL (ANY SEX SCENE INVOLVING ARTIST MAY BE SIMULATED OR ACTUAL, AT ARTIST'S SOLE DISCRETION, AND WITHOUT ANY CHANGE IN COMPENSATION);(2) PRODUCER SHALL HAVE NO OBLIGATION TO RELEASE OR COMPLETE THE PICTURE, OR TO EVER UTILIZE THE PERFORMANCE AND/OR THE AUDIO PORTION,(3) ARTIST SHALL HAVE NO RIGHT TO INSPECT OR APPROVE THE FINISHED PRODUCT, OR ITS USE IN THE PICTURE OR IN ANY OTHER WORK;(4) ARTIST RELEASES PRODUCER AND HIS EMPLOYER, EMPLOYEES AND OTHER ASSIGNS FROM ANY LIABILITY FOR AND BY VIRTUE OF BLURRING, DISTORTING, ALTERATION, RETOUCHING, OPTICAL ILLUSION, OR USE OF THE PERFORMANCE AND/OR AUDIO PORTION WHICH MAY HOLD ARTIST IN A FALSE OR UNFAVORABLE LIGHT, WHETHER SUCH ACTION IS INTENTIONAL OR OTHERWISE.

**I HEREBY CERTIFY AND REPRESENT THAT I AM OVER THE AGE OF 18, THAT I AM AN INDEPENDENT CONTRACTOR, AND I AM FULLY RESPONSIBLE FOR ANY AND ALL TAXES AND LIABILITIES PERTAINING TO ME AND MY COMPENSATION FOR MY SERVICES, AND THAT I HAVE READ THE FOREGOING AND FULLY UNDERSTAND THE MEANING AND EFFECT THEREOF AND, INTENDING TO BE LEGALLY BOUND, I SET MY HAND THIS** 3 **DAY OF** Aug **, 20** 02

| PRODUCER | ARTIST |
|---|---|
| Scott del Amo<br>PRINT NAME | [illegible]<br>SIGN REAL NAME |
| [illegible]<br>SIGN NAME | PRINT REAL NAME |
| **ARTIST'S ADDRESS** | SIGN STAGE NAME |
| CITY ____ STATE ____ ZIP ____ | PRINT STAGE NAME |
| ARTIST PHONE NO. ( ) ____ | **SOC SEC. NO.** ____ |

I HAVE BEEN COMPENSATED AS FOLLOWS $ 0 SIGNATURE [illegible]

**EXHIBIT C**

3. [illegible] kellemage.com sunnyleone.com only

# ARTIST AGREEMENT AND RELEASE

Any distribution of Photos ~~will be~~ must be accompan[ied]

AS OF THE DATE WRITTEN BELOW, FOR GOOD AND VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE ARTIST, WHOSE NAME IS SET FORTH BELOW, HEREBY AGREES AS FOLLOWS:

*1. SERVICES*. ON BEHALF OF PRODUCER (WHOSE NAME IS SET FORTH BELOW), ARTIST WILL RENDER SERVICES AS AN ACTOR IN THE MOTION PICTURE TENTATIVELY ENTITLED: N/A (HEREINAFTER REFERRED TO AS THE "PICTURE") AND ARTIST HEREBY AGREES TO RENDER SUCH SERVICES ON AN EXCLUSIVE BASIS UNTIL THE COMPLETION OF THE PRINCIPLE PHOTOGRAPHY OF THE PICTURE.

ARTIST SHALL PERFORM IN GOOD FAITH AND TO THE BEST OF ARTISTS ABILITY, IN A MANNER AND AT THE TIMES AND PLACES DIRECTED BY PRODUCER, ALL OF THE SERVICES REQUIRED BY THE PRODUCER HEREUNDER (INCLUDING BUT NOT LIMITING TO, PRE-PRODUCTION SERVICES, SERVICES IN CONNECTION WITH PRINCIPLE PHOTOGRAPHY OF THE PICTURE, POST-PRODUCTION SERVICES, INCLUDING RETAKES, AND SUCH OTHER SERVICES AS ARE CUSTOMARILY PERFORMED OR REQUIRED TO BE PERFORMED BY AN ACTOR IN A MOTION PICTURE PHOTOPLAY) AND TO COMPLY WITH ALL REASONABLE DIRECTIONS, REQUESTS, RULES AND REGULATIONS OF PRODUCER IN CONNECTION THEREWITH, WHETHER OR NOT THE SAME INVOLVE MATERS OF ARTISTIC TASTE OR JUDGMENT POST PRODUCTION

*2. GRANT OF RIGHTS*. ARTIST GRANTS TO PRODUCER, AND ALL HIS ASSIGNS, THE FOLLOWING PERPETUAL AND EXCLUSIVE RIGHTS:(1) TO PHOTOGRAPH OR OTHERWISE REPRODUCE ALL OR ANY PART OF THE ARTIST'S PERFORMANCES, ACTS, POSES, PLAYS AND APPEARANCES OF EVERY KIND AND NATURE MADE OR DONE BY ARTIST IN CONNECTION WITH THE PICTURE (HEREINAFTER THE "PERFORMANCE");(2) TO RECORD OR OTHERWISE REPRODUCE ARTIST'S VOICE AND ALL MUSICAL, INSTRUMENTAL OR OTHER SOUND EFFECTS PRODUCED BY ARTIST (HEREINAFTER THE "AUDIO PORTION") IN CONNECTION WITH THE PICTURE, AND REPRODUCE, ISSUE, SELL AND TRANSMIT THE SAME, EITHER SEPARATELY OR IN CONJUNCTION WITH THE PERFORMANCE, OR ANY PART THEREOF:(3) TO EXHIBIT, SELL, ASSIGN, TRANSMIT, AND REPRODUCE, ~~AND LICENSE OTHERS SO TO DO~~ (WHETHER BY MEANS OF MOTION PICTURE, STILL CAMERA PHOTOGRAPHS, RADIO, TELEVISION, TELEVISED MOTION PICTURES, VIDEO DISKS, VIDEO CASSETTES, VIDEO TAPES, PRINTING, OR ANY OTHER MEANS NOW KNOWN OR UNKNOWN) ANY AND ALL OF THE PERFORMANCE AND/OR AUDIO PORTION;(4) TO USE THE PERFORMANCE AND/OR AUDIO PORTION IN CONNECTION WITH THE ADVERTISING AND EXPLOITATION OF THE PICTURE, INCLUDING, WITHOUT LIMITATION, THE CREATION OF PREVIEWS AND ~~TRAILERS, ONE-SHEETS, FLYERS~~, CATALOGUES AND COVERS OR WRAPPERS OF SOUND TRACK RECORDINGS, DISKS TAPES, AND/OR AUDIO CASSETTES, AND IN CONNECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISING RELATING TO THE PICTURE, AND ANY CHARACTERS, THEME, PLOT OR OTHER ELEMENTS OR RIGHTS THEREIN CONTAINED;(5) TO USE THE PERFORMANCE AND/OR AUDIO PORTION, OR ANY PART THEREOF, AS A PORTION OF A MOTION PICTURE OR OTHER WORK OTHER THAN THE MOTION PICTURE, AND FOR THE ADVERTISING THEREOF, AND IN CONNECTION WITH THE SALE OF ANY BY-PRODUCTS OR MERCHANDISE RELATING THERETO, AND TO REPRODUCE AND/OR TRANSMIT THE SAME BY AND IN ANY MEDIA:(6) TO CUT, EDIT, ADD TO, SUBTRACT FROM, ARRANGE, REARRANGE, SHORTEN AND REVISE THE PERFORMANCE AND AUDIO PORTION AND THE PICTURE IN ANY MANNER AS PRODUCER MAY, IN ITS SOLE AND COMPLETE DISCRETION, DETERMINE AND, FROM TIME TO TIME, TO CHANGE THE TITLE THEREOF.

ARTIST FURTHER GRANTS TO PRODUCER THE PERPETUAL BUT NON EXCLUSIVE RIGHT TO USE, AND TO LICENSE OTHERS TO USE, ARTIST'S NAME AND BIOGRAPHY AND REPRODUCTIONS OF ARTIST'S PHYSICAL LIKENESS AND/OR VOICE FOR THE PURPOSES OF ADVERTISING AND EXPLOITING ANY WORK EMBODYING THE PERFORMANCE AND/OR AUDIO PORTION; AND THE RIGHT TO USE ANY OF THE RIGHTS HEREIN GRANTED FOR COMMERCIAL ADVERTISING OR PUBLICITY (INCLUDING ENDORSEMENTS) IN CONNECTION WITH ANY PRODUCT, COMMODITY OR SERVICE MANUFACTURED, DISTRIBUTED OR OFFERED BY PRODUCER.

ARTIST HEREBY ASSIGNS AND GRANTS TO PRODUCER, AND ITS ASSIGNS, EXCLUSIVELY AND PERPETUALLY, ALL NOW OR HEREAFTER EXISTING RIGHTS OF EVERY KIND OR CHARACTER WHATSOEVER, WHETHER OR NOT SUCH RIGHT ARE NOW KNOWN, RECOGNIZED OR CONTEMPLATED, AND THE COMPLETE UNCONDITIONAL AND UNENCUMBERED TITLE THROUGHOUT THE WORLD IN AND TO THE RESULTS AND PROCEEDS OF ARTIST'S SERVICES AND PERFORMANCES PURSUANT TO THIS AGREEMENT, AND ANY AND ALL MATERIAL, WORKS, WRITINGS, IDEAS, "GAGS", CHARACTERS CREATED, OR DIALOGUE COMPOSED, SUBMITTED OR INTERPOLATED BY ARTIST IN CONNECTION WITH THE PREPARATION OF PRODUCTION OF THE PICTURE (HEREINAFTER REFEREED TO AS "MATERIAL"). ALL SAID MATERIAL, AND THE COPYRIGHT THEREIN, IS HEREBY CONVEYED TO PRODUCER.

IN CONNECTION WITH THE MARKETING OF THE PICTURE, ARTIST GRANTS PRODUCER THE RIGHT TO USE ARTIST'S STAGE NAME, AND ANY OTHER STAGE NAMES THAT THE ARTIST HAS USED IN THE PAST OR MAY USE IN THE FUTURE, INCLUDING THOSE WHICH MAY BE TRADEMARKED.

ARTIST WILL, AT PRODUCERS REQUEST, EXECUTE SUCH ASSIGNMENTS, CERTIFICATES OR OTHER INSTRUMENTS AS PRODUCER MAY, FROM TIME TO TIME, DEEM NECESSARY OR DESIRABLE TO EVIDENCE, ESTABLISH, MAINTAIN, PROTECT, ENFORCE, OR DEFEND ITS RIGHT OR TITLE IN OR TO SUCH MATERIAL. IF ARTIST SHALL FAIL TO EXECUTE OR DELIVER TO PRODUCER ANY SUCH ASSIGNMENT, CERTIFICATE OR OTHER INSTRUMENT REQUIRED BY PRODUCER HEREUNDER, THAN PRODUCER IS HEREBY IRREVOCABLY APPOINTED ARTIST'S ATTORNEY-IN FACT (WHICH APPOINTMENT SHALL BE DEEMED COUPLED WITH AN INTEREST) WITH FULL RIGHT OF SUBSTITUTION AND POWER AND AUTHORITY TO EXECUTE, ACKNOWLEDGE, VERIFY AND DELIVER THE SAME IN THE NAME OF AND ON BEHALF OF ARTIST.

ARTIST AGREES THAT PRODUCER MAY, BY THE USE OF THE SERVICES OF OTHERS "DOUBLE" OR "DUB" ANY ACTS, POSES PLAYS, APPEARANCES, VOICE OR SOUND EFFECTS ATTRIBUTED, OR TO BE ATTRIBUTED, TO THE CHARACTER PORTRAYED BY THE ARTIST IN THE PICTURE IN SUCH CIRCUMSTANCES AS PRODUCER, IN ITS SOLE AND COMPLETE DISCRETION, SHALL DEEM NECESSARY.

PRODUCER SHALL HAVE THE RIGHT TO ISSUE PUBLICITY CONCERNING ARTIST AND TO ISSUE PHOTOGRAPHS OF ARTIST AND TO AFFIX SUCH PUBLICITY AND/OR PHOTOGRAPHS WHAT PURPORTS TO BE ARTIST SIGNATURE AND MAY OPEN FAN MAIL AND ALL OTHER CORRESPONDENCE ADDRESSED TO ARTIST.

*3. WAIVERS*. ARTIST UNDERSTANDS AND AGREES THAT;(1) THE PERFORMANCE AND/OR AUDIO PORTION MAY BE UTILIZED IN CONJUNCTION WITH SEXUALLY GRAPHIC OR EXPLICT MATERIAL (ANY SEX SCENE INVOLVING ARTIST MAY BE SIMULATED OR ACTUAL, AT ARTIST'S SOLE DISCRETION, AND WITHOUT ANY CHANGE IN COMPENSATION);(2) PRODUCER SHALL HAVE NO OBLIGATION TO RELEASE OR COMPLETE THE PICTURE, OR TO EVER UTILIZE THE PERFORMANCE AND/OR THE AUDIO PORTION;(3) ARTIST SHALL HAVE NO RIGHT TO INSPECT OR APPROVE THE FINISHED PRODUCT, OR ITS USE IN THE PICTURE OR IN ANY OTHER WORK;(4) ARTIST RELEASES PRODUCER AND HIS EMPLOYER, EMPLOYEES AND OTHER ASSIGNS FROM ANY LIABILITY FOR AND BY VIRTUE OF BLURRING, DISTORTING, ALTERATION, RETOUCHING, OPTICAL ILLUSION, OR USE OF THE PERFORMANCE AND/OR AUDIO PORTION WHICH MAY HOLD ARTIST IN A FALSE OR UNFAVORABLE LIGHT, WHETHER SUCH ACTION IS INTENTIONAL OR OTHERWISE.

**I HEREBY CERTIFY AND REPRESENT THAT I AM OVER THE AGE OF 18, THAT I AM AN INDEPENDENT CONTRACTOR, AND I AM FULLY RESPONSIBLE FOR ANY AND ALL TAXES AND LIABILITIES PERTAINING TO ME AND MY COMPENSATION FOR MY SERVICES, AND THAT I HAVE READ THE FOREGOING AND FULLY UNDERSTAND THE MEANING AND EFFECT THEREOF AND, INTENDING TO BE LEGALLY BOUND, I SET MY HAND THIS** 3 **DAY OF** Oct **, 20**03.

| PRODUCER | ARTIST |
|---|---|
| Scott del Amo<br>PRINT NAME | Karenjit Vohra<br>SIGN REAL NAME |
| [signature]<br>SIGN NAME | [signature]<br>PRINT REAL NAME |
| **ARTIST'S ADDRESS** | [signature]<br>SIGN STAGE NAME |
| CITY ______ STATE ______ ZIP ______ | Sunny Leone<br>PRINT STAGE NAME |
| ARTIST PHONE NO. ( ) | SOC SEC. NO. 386170225 |

**I HAVE BEEN COMPENSATED AS FOLLOWS $** Ø **SIGNATURE** ______

May not be sold as content for internet or any other med[ia] without perission ~~for~~ from me (Karen Vohra) SA

**EXHIBIT D**




Register to View Content Surfers Enter Here Registered? Enter Here

Our License Section2257

•

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **1100 Glendon Avenue, Tenth Floor, Los Angeles, California 90024**.

On **January 22, 2008**, I served the foregoing document described as **DECLARATION OF GREGORY SCOTT DEL AMO IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Ryan Alexander, Esq.
Alexander, Odunze & Kang LLP
5516 South Fort Apache Road, Suite 120
Las Vegas, Nevada 89148
Telephone: (702) 538-7956
Facsimile: (702) 538-7980

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for ming in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 22, 2008**, at Los Angeles, California.

Nathalie Quach