**E-FILED 08-12-08**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT DEL AMO, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORMAN BACCASH, an individual; NO CASH, INC.; a California corporation; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 07-663-PSG(JWJx)<br><br>HON. PHILIP S. GUTIERREZ<br><br>**[PROPOSED] JUDGMENT** |

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　Plaintiff Gregory Scott Del Amo is hereby awarded final judgment on his claims for relief against Defendants Norman Baccash and No Cash, Inc., jointly and severally, in the sum of $10,500, plus attorney's fees and costs of the suit as the prevailing party in this action pursuant to California Civil Code §3344(a), which are to be determined pursuant to a post-judgment motion for attorneys' fees and costs filed by Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

Defendants Norman Baccash and No Cash, Inc. are hereby permanently enjoined from any future infringement of Plaintiff's photographs titled "Alaurahallfem 024," "Alaurahallfem 027," "Alaurahallfem 052," "Bellawall 048," "Bellawall 053," "Bellawall 068," "Bellawall 082," "Jadecouch 016," "Jadecouch 039," "Jadecouch 052," "Jadecouch 062," "Jadecouch 077," "Jadecouch 084," and "Sunnyleonehall 015," and are ordered to return any and all copies of these photographs within their possession to Plaintiff's counsel.

DATED: 8/11/08

PHILIP S. GUTIERREZ
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE