1  **Timothy D. Reuben [State Bar #94312]**
   *tdr@rrbattorneys.com*
2  **Stephen L. Raucher [State Bar #162795]**
   *sraucher@rrbatttorneys.com*
3  **Gregory P. Barchie [State Bar #235022]**
   *gbarchie@rrbattorneys.com*
4  **REUBEN, RAUCHER & BLUM**
   1100 Glendon Avenue, 10th Floor
5  Los Angeles, California 90024
   Telephone:  (310) 777-1990
6  Facsimile:  (310) 777-1989

7  Attorneys for Plaintiff Gregory Scott Del Amo

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT DEL AMO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN BACCASH, an individual; NO CASH, INC.; a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 07-663-PSG(JWJx)<br><br>HONORABLE PHILIP S. GUTIERREZ<br><br>**NOTICE OF ACKNOWLEDGMENT OF SATISFACTION OF FINAL MONETARY JUDGMENT ENTERED ON AUGUST 12, 2008** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Gregory Scott Del Amo ("Del Amo") hereby acknowledges that Defendants Norman Baccash and No Cash, Inc. ("Defendants") have satisfied the Court's Final Judgment entered on August 12, 2008, Docket #147, on Del Amo's claims for monetary relief, and that Del Amo has received the full amount of $10,500 awarded by the Court, including accrued interest and costs.

Del Amo hereby also provides notice that Defendants have not satisfied the

1  Court's Final Judgment entered on August 12, 2008 on Del Amo's claims for
2  injunctive relief, and that Defendants have not returned any and all copies of the
3  photographs "Alaurahallfem024," "Alaurahallfem 027," "Alaurahallfem 052,"
4  "Bellawall 048," "Bellawall 053," "Bellawall 068," "Bellawall 082," "Jadecouch
5  016," "Jadecouch 039," "Jadecouch052," "Jadecouch 062," "Jadecouch 077,"
6  "Jadecouch 084," and "Sunnyleonehall 015," within their possession to Del Amo's
7  counsel.

9  DATED: June 16, 2009

REUBEN, RAUCHER & BLUM

By: _____
Gregory P. Barchie
Attorneys for Plaintiff GREGORY SCOTT
DEL AMO