Timothy D. Reuben, Esq.
REUBEN, RAUCHER & BLUM
1100 Glendon Avenue, 10th Floor
Los Angeles, California 90024
(310) 777-1990

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT DEL AMO, an individual | CASE NUMBER:<br>CV- 07-663 PSG (JWJx) |
| v.   Plaintiff(s)<br>NORMAN BACCASH, an individual; NO CASH, INC., a California corporation; and DOES 1-10, inclusive<br>Defendant(s) | WRIT OF EXECUTION |

TO: **THE UNITED STATES MARSHAL FOR THE**     CENTRAL   **DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On <u>November 10, 2008</u> a judgment was entered in the above-entitled action in favor of:

Plaintiff Gregory Scott Del Amo

as Judgment Creditor and against: Defendants No Cash, Inc. and Norman Baccash, jointly and severaly

as Judgment Debtor, for:

$ <u>          0.00  </u>  Principal,

$ <u>    162,443.00  </u>  Attorney Fees,

$ <u>      1,439.22  </u>  Interest **, and

$ <u>          0.00  </u>  Costs, making a total amount of

$ <u>    163,882.22  </u>  **JUDGMENT AS ENTERED**

**\*\*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

| | WRIT OF EXECUTION | |
|---|---|---|
| CV-23 (6/01) | | PAGE 1 OF 3 |
| | | CCD-23 |

COPY

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the _____ CENTRAL ___ District of CALIFORNIA _____, to wit:

$ ___1,439.22___ accrued interest and
$ _____0.00_____ accrued costs, making a total of
$ ___1,439.22___ ACCRUED COSTS AND ACCRUED INTEREST

*FOR OFFICE USE ONLY*

Credit must be given for payments and partial satisfaction in the amount of $ 74,074.95 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ ___89,807.27___ ACTUALLY DUE on the date of the issuance of this writ of which

$ ___89,807.27___ Is due on the judgment as entered and bears interest at ___1.12___ percent per annum, in the amount of $ 4.98 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

*FOR OFFICE USE ONLY*

CLERK, UNITED STATES DISTRICT COURT

Dated: SEP 15 2009

By_____
DAWN BULLOCK
Deputy Clerk

(SEAL)

---

CV-23 (6/01)   **WRIT OF EXECUTION**   PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
No Cash, Inc.                          Norman Baccash
c/o Johnson & Pham LLP                 c/o Johnson & Pham LLP
6355 Topanga Canyon Blvd.              6355 Topanga Canyon Blvd.
Suite 115                              Suite 115
Woodland Hills, CA 91367               Woodland Hills, CA 91367
```

**FOR OFFICE USE ONLY**

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.